Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  17−12491−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ronald A. Conti, Jr.<br>aka RONALD CONTI, aka RONALD<br>CONTI JR<br>23 Cape Cod Dr<br>Turnersville, NJ 08012−2505 | Stephanie A. Conti<br>aka STEPHANIE CONTI<br>23 Cape Cod Dr<br>Turnersville, NJ 08012−2505 |

Social Security No.:
   xxx−xx−2585                                   xxx−xx−8866

Employer's Tax I.D. No.:

---

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

     Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: April 24, 2017
JAN: admi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-12491-ABA
Ronald A. Conti,, Jr.                                                     Chapter 13
Stephanie A. Conti
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin              Page 1 of 1                Date Rcvd: Apr 24, 2017
                                        Form ID: finmgtc         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
db/jdb        Ronald A. Conti,, Jr.,    Stephanie A. Conti,    23 Cape Cod Dr,    Turnersville, NJ  08012-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 24 2017 23:27:56     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 24 2017 23:27:53     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
                                                                                        TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
          Andrew M. Lubin   on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
           trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2005-HE2
           bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
          Brian C. Nicholas   on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
           SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. SUCCESSOR BY MERGER TO BANK ONE, N.A.,
           AS INDENTURE TRUSTEE FOR CWABS MASTER TRUST, REVOLV bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Matthew C. Waldt   on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com
          Ronald E. Norman   on behalf of Debtor Ronald A. Conti,, Jr. ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;gl4985@notify.cincompass.com
          Ronald E. Norman    on behalf of Joint Debtor Stephanie A. Conti ronaldenorman@comcast.net,
           dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;gl4985@notify.cincompass.com
          U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 8