UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

Order Filed on October 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RONALD A. CONTI, JR.
STEPHANIE A. CONTI

**Debtors.**

Case No. 17-12491 (ABA)

Judge: Andrew B. Altenburg, Jr.

# ORDER VACATING ORDER DISMISSING CASE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 10, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 17-12491-ABA    Doc 22    Filed 10/10/17    Entered 10/10/17 15:55:14    Desc Main
Document      Page 2 of 2

Page 2
Debtor: Ronald A. Conti, Jr. and Stephanie A. Conti
Case No. 17-12491 (ABA)
Caption of Order: Order Vacating Dismissal Order

THIS MATTER having been recommended for dismissal at the Confirmation Hearing held September 27, 2017, and the Dismissal Order to be held ten (10) days to allow Debtors time to provide copies of their 2016 Federal tax return and Debtors having provided same on October 4, 2017, and an Order Dismissing Case having been submitted to the Court in error on October 10, 2017, and upon consideration by the Court and good cause appearing;

**IT IS ORDERED and ADJUDGED** that the Order Dismissing Case entered October 10, 2017, is hereby vacated;

**IT IS FURTHER ORDERED** that the Confirmation hearing is hereby rescheduled for November 8, 2017 at 10:00 a.m.