# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−12491−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ronald A. Conti, Jr.
aka RONALD CONTI, aka RONALD CONTI JR
23 Cape Cod Dr
Turnersville, NJ 08012−2505

Stephanie A. Conti
aka STEPHANIE CONTI
23 Cape Cod Dr
Turnersville, NJ 08012−2505

Social Security No.:
  xxx−xx−2585                                    xxx−xx−8866

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on October 10, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 10, 2017
JAN: bc

                                                            Jeanne Naughton
                                                            Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                      Case No. 17-12491-ABA
Ronald A. Conti,, Jr.                                       Chapter 13
Stephanie A. Conti
       Debtors
                            CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2         Date Rcvd: Oct 10, 2017
                              Form ID: 148             Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2017.
db/jdb         Ronald A. Conti,, Jr.,    Stephanie A. Conti,    23 Cape Cod Dr,    Turnersville, NJ 08012-2505
516635813      Advocare Delgiorno Pediatrics,    535 S Black Horse Pike,    Blackwood, NJ 08012-2807
516635814      Andrew Sklar, Esquire,   Sklar Law, LLC,    1200 Laurel Oak Rd # 102,    Voorhees, NJ 08043-4317
516635816      Asset Acceptance, LLC,   320 E Big Beaver Rd Ste 300,    Troy, MI 48083-1238
516635817      Bankamerica,   4909 Savarese Cir,    Tampa, FL 33634-2413
516635818      CAMDEN COUNTY SCP DC00122615,    101 S 5th St,    Camden, NJ 08103-4001
516635819      CAMDEN COUNTY SCP DC01537611,    101 S 5th St,    Camden, NJ 08103-4001
516635820      CAMDEN COUNTY SPECIAL DC00291912,    101 S 5th St,    Camden, NJ 08103-4001
516863645      Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
516635826      Eamonn O'Hagan,   Assistant U.S. Attorney U.S. Attorney's,    970 Broad St Dist OF,
                 Newark, NJ 07102-2534
516635827      Emerg Phy Assoc of S Jersey,    101 Carnie Blvd,    Voorhees, NJ 08043-1548
516635829     +Fein, Such, Kahn & Shepard, P.C.,    7 Century Dr Ste 201,    Parsippany, NJ 07054-4673
516635830      Financial Recoveries,   200 E Park Dr,    Mount Laurel, NJ 08054-1297
516635831     +Fulton, Friedman & Gullace, LLC,    28 E Main St,    Rochester, NY 14614-1928
516635832      GLOUCESTER CTY SCP DC00082711,    1 N Broad St,    Woodbury, NJ 08096-4602
516635833      GLOUCESTER CTY SCP DC00131211,    1 N Broad St,    Woodbury, NJ 08096-4602
516635834      GLOUCESTER CTY SCP DC00693611,    1 N Broad St,    Woodbury, NJ 08096-4602
516635835      Goldman & Warshaw,   34 Maple Ave # 101,    Pine Brook, NJ 07058-9394
516635840      KML Law Group, P.C.,   216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
516635838      Kennedy Health,   500 Marlboro Ave,    Cherry Hill, NJ 08002-2020
516635839      Kennedy Health System,   500 Marlboro Ave,    Cherry Hill, NJ 08002-2020
516651631     +Kennedy Health System,   c/o Andrew Sklar, Esquire,    Sklar Law LLC,
                 1200 Laurel Oak Rd, Suite 102,    Voorhees, NJ 08043-4317
516635842     +Nudelman, Klemm & Golub, P.C.,    425 Eagle Rock Ave # 4,    Roseland, NJ 07068-1787
516635843     +Nudelman, Klemm & Golub, PC,    425 Eagle Rock Ave # 4,    Roseland, NJ 07068-1787
516635844      Ocwen,   PO Box 24646,   West Palm Beach, FL 33416-4646
516712045     +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516635845      Pinnacle LLC/Resurgent,   PO Box 10497,    Greenville, SC 29603-0497
516635846      Pressler & Pressler,   7 Entin Rd,    Parsippany, NJ 07054-5020
516635849      Select Portfolio Servicing, Inc,    PO Box 65250,    Salt Lake City, UT 84165-0250
516635850      Select Portfolio Svcin,   PO Box 65250,    Salt Lake City, UT 84165-0250
516635851      U S Dept of Ed/Gsl/Atl,   PO Box 4222,    Iowa City, IA 52244-4222
516635852      US Dept Ed,   PO Box 1030,   Coraopolis, PA 15108-6030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 10 2017 21:44:32      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 10 2017 21:44:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516635812      EDI: CCS.COM Oct 10 2017 21:33:00      06 Progressive,    c/o Credit Coll,    PO Box 607,
                 Norwood, MA 02062-0607
516698151      EDI: GMACFS.COM Oct 10 2017 21:33:00      Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
516635822      EDI: CAPITALONE.COM Oct 10 2017 21:33:00      Capital One Bank USA N,    15000 Capital One Dr,
                 Richmond, VA 23238-1119
516635823      EDI: CAPITALONE.COM Oct 10 2017 21:33:00      Capital One Bank USA, NA,    15000 Capital One Dr,
                 Richmond, VA 23238-1119
516635821      EDI: CAPITALONE.COM Oct 10 2017 21:33:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
516865263     +E-mail/Text: bankruptcy@cavps.com Oct 10 2017 21:44:39      Cavalry SPV II, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516635824      EDI: CCS.COM Oct 10 2017 21:33:00      Credit Coll,    PO Box 607,    Norwood, MA 02062-0607
516635825      EDI: ESSL.COM Oct 10 2017 21:33:00      DISH,    9601 S Meridian Blvd,
                 Englewood, CO 80112-5905
516863645      E-mail/Text: jennifer.chacon@spservicing.com Oct 10 2017 21:45:03
                 Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
516635828      E-mail/Text: bknotice@erccollections.com Oct 10 2017 21:44:35      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516635836      EDI: IIC9.COM Oct 10 2017 21:33:00      I C System Inc,    PO Box 64378,
                 Saint Paul, MN 55164-0378
516635837      EDI: IRS.COM Oct 10 2017 21:33:00      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
516841053     +EDI: MID8.COM Oct 10 2017 21:33:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
516635841      EDI: MID8.COM Oct 10 2017 21:33:00      Midland Funding, LLC,    2365 Northside Dr # 300,
                 San Diego, CA 92108-2709
516707710      EDI: Q3G.COM Oct 10 2017 21:33:00      Quantum3 Group LLC as agent for,    Oliphant Financial LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
```

```
District/off: 0312-1          User: admin              Page 2 of 2                   Date Rcvd: Oct 10, 2017
                              Form ID: 148             Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516635848        E-mail/Text: bkdepartment@rtresolutions.com Oct 10 2017 21:44:37       Real Time Resolutions,
                 Attn: Bankruptcy,    PO Box 36655,    Dallas, TX  75235-1655
516635849        E-mail/Text: jennifer.chacon@spservicing.com Oct 10 2017 21:45:03
                 Select Portfolio Servicing, Inc,    PO Box 65250,    Salt Lake City, UT  84165-0250
516635850        E-mail/Text: jennifer.chacon@spservicing.com Oct 10 2017 21:45:03       Select Portfolio Svcin,
                 PO Box 65250,    Salt Lake City, UT  84165-0250
516677734       +EDI: RMSC.COM Oct 10 2017 21:33:00       Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516803281        EDI: BANKAMER.COM Oct 10 2017 21:33:00       The Bank of New York Mellon, et al,
                 c/o Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
516950220        EDI: ECMC.COM Oct 10 2017 21:33:00       US Department of Education,    P O Box 16448,
                 Saint Paul MN 55116-0448
516635855        EDI: VERIZONWIRE.COM Oct 10 2017 21:33:00       VERIZON WIRELESS,    2 Verizon Pl,
                 Alpharetta, GA  30004-8510
516635853       +EDI: VERIZONEAST.COM Oct 10 2017 21:33:00       Verizon,
                 Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
516635854        EDI: VERIZONEAST.COM Oct 10 2017 21:33:00       Verizon,    500 Technology Dr,
                 Weldon Spring, MO  63304-2225
                                                                                                TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516635847*      +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516635815       ##Ars,    1801 NW 66th Ave,    Fort Lauderdale, FL  33313-4571
                                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2017 at the address(es) listed below:
```
              Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2005-HE2
               bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2005-HE2, Mortgage
               Pass-Through Certificates, Series 2005-HE2 bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Brian C. Nicholas    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. SUCCESSOR BY MERGER TO BANK ONE, N.A.,
               AS INDENTURE TRUSTEE FOR CWABS MASTER TRUST, REVOLV bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Matthew C. Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com
              Ronald E. Norman    on behalf of Joint Debtor Stephanie A. Conti ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
              Ronald E. Norman    on behalf of Debtor Ronald A. Conti,, Jr. ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 9
```