UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
**Isabel C. Balboa, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, New Jersey 08002**
**(856) 663-5002**

Order Filed on October 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RONALD A. CONTI, JR.
STEPHANIE A. CONTI

**Debtors.**

Case No. 17-12491 (ABA)

Judge: Andrew B. Altenburg, Jr.

## ORDER VACATING ORDER DISMISSING CASE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 10, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor:  Ronald A. Conti, Jr. and Stephanie A. Conti
Case No. 17-12491 (ABA)
Caption of Order:  Order Vacating Dismissal Order

THIS MATTER having been recommended for dismissal at the Confirmation Hearing held September 27, 2017, and the Dismissal Order to be held ten (10) days to allow Debtors time to provide copies of their 2016 Federal tax return and Debtors having provided same on October 4, 2017, and an Order Dismissing Case having been submitted to the Court in error on October 10, 2017, and upon consideration by the Court and good cause appearing;

**IT IS ORDERED and ADJUDGED** that the Order Dismissing Case entered October 10, 2017, is hereby vacated;

**IT IS FURTHER ORDERED** that the Confirmation hearing is hereby rescheduled for November 8, 2017 at 10:00 a.m.

United States Bankruptcy Court
District of New Jersey

In re:
Ronald A. Conti,, Jr.
Stephanie A. Conti
    Debtors

Case No. 17-12491-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Oct 10, 2017
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2017.
db/jdb         Ronald A. Conti,, Jr.,    Stephanie A. Conti,    23 Cape Cod Dr,    Turnersville, NJ   08012-2505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2017 at the address(es) listed below:
         Andrew M. Lubin     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2005-HE2, Mortgage Pass-Through Certificates, Series 2005-HE2 bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
         Andrew M. Lubin     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2005-HE2 bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
         Brian C. Nicholas     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. SUCCESSOR BY MERGER TO BANK ONE, N.A., AS INDENTURE TRUSTEE FOR CWABS MASTER TRUST, REVOLV bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
         Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Matthew C. Waldt     on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com
         Ronald E. Norman     on behalf of Joint Debtor Stephanie A. Conti ronaldenorman@comcast.net, dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
         Ronald E. Norman     on behalf of Debtor Ronald A. Conti,, Jr. ronaldenorman@comcast.net, dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                           TOTAL: 9