**Last revised: August 1, 2017**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-12491 |
| Ronald A. Conti, Jr. and Stephanie A. Conti | Judge: | ABA |
| Debtor(s) | | |

## Chapter 13 Plan and Motions

☐ Original         ☒ Modified/Notice Required         Date: __12/14/17__

☒ Motions Included ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __RN_____        Initial Debtor: _RAC_____        Initial Co-Debtor: __SAC_____

**Part 1:    Payment and Length of Plan**

   a.  The debtor shall pay $ 908.00____ per month to the Chapter 13 Trustee, starting on January 1, 2018 for approximately ___50 of 60___ months.

   b.  The debtor shall make plan payments to the Trustee from the following sources:

      ☒    Future earnings

      ☐    Other sources of funding (describe source, amount and date when funds are available):

   c.  Use of real property to satisfy plan obligations:

      ☐  Sale of real property
      Description:
      Proposed date for completion: _____

      ☐  Refinance of real property:
      Description:
      Proposed date for completion: _____

      ☐  Loan modification with respect to mortgage encumbering property:
      Description:
      Proposed date for completion: _____

   d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

   e.  ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:   Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| ISABEL BALBOA, TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| RONALD E. NORMAN, ESQ. | ADMINISTRATIVE | BALANCE DUE: $3,200.00 |
| IRS | PRIORITY | $850.35 (per Proof of Claim) |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☒ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 4:   Secured Claims**

**a. Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Bank of America/Real Time Solutions | 23 Cape Cod Dr. Turnersville, NJ 08012 | $17,526.25 (per Proof of Claim) | 0 | $17,526.25 (per Proof of Claim) | $129.00 |
| Select Portfolio Servicing, Inc. | 23 Cape Cod Dr. Turnersville, NJ 08012 | $5,772.69 (per Proof of Claim) | 0 | $5,772.69 (per Proof of Claim) | $1,626.00 |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c. Secured claims excluded from 11 U.S.C. 506:** ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

4

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

| g. Secured Claims to be Paid in Full Through the Plan: ☐ NONE | | |
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
| Ally Financial | 2001 Chevy Silverado (debtor no longer has vehicle in his possession) | $753.40 |

**Part 5:  Unsecured Claims ☐ NONE**

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ _100% timely filed claims_ to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| US Dept. of Education | Student Loans | Outside Ch. 13 Plan | 0.00 |

**Part 6:  Executory Contracts and Unexpired Leases ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:  Motions ☐ NONE**

6

> **NOTE:** All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.
>
> a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).** ☐ **NONE**
>
> The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Kennedy Health Systems | Real & Personal | Judgment | $1,046.20 | $114,686.00 | $32,218.00 | $126,114.00 | $1,046.20 |
| Capital One Bank (DC00131211) | Real & Personal | Judgment | $2,309.35 | $207,843.00 | $31,768.00 | $267,663.00 | $2,309.35 |
| Capital One Bank (DC00693611) | Real & Personal | Judgment | $2,306.05 | $207,843.00 | $31,768.00 | $267,663.00 | $2,306.05 |
| Asset Acceptance, LLC | Real & Personal | Judgment | $825.08 | $114,686.00 | $32,218.00 | $126,114.00 | $825.08 |
| Midland Funding, LLC (DC01537611) | Real & Personal | Judgment | $608.84 | $114,686.00 | $32,218.00 | $126,114.00 | $608.84 |
| Midland Funding, LLC (DC00082711) | Real & Personal | Judgment | $717.76 | $114,686.00 | $32,218.00 | $126,114.00 | $717.76 |

> b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**
>
> The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

**Part 8:   Other Plan Provisions**

### a. Vesting of Property of the Estate

☒ Upon confirmation

☐ Upon discharge

### b. Payment Notices

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) __Ronald E. Norman_____
3) __Secured Creditors_____
4) __Unsecured Creditors_____

### d. Post-Petition Claims

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____2/7/17_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Plan is being modified to add secured claim of Ally Financial to be paid through Chapter 13 plan, as well as IRS as priority claim per Proof of Claim and listed unsecured claims to be paid 100% of timely filed claims. Also to list student loans to be paid outside the Chapter 13 Plan. | Added Ally Financial to Secured Claims to be paid in full through plan and added IRS to Priority section of plan. Listed unsecured claims to be paid 100% of timely filed claims to be distributed pro rata. Listed the student loans under Separately classified unsecured claims section plan. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 12/14/17                          /s/ Ronald E. Norman
                                        Attorney for the Debtor

Date: 12/14/17                          /s/ Ronald A. Conti, Jr.
                                        Debtor

Date: 12/14/17                          /s/ Stephanie A. Conti
                                        Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 12/14/17                          /s/ Ronald E. Norman
                                        Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 12/14/17                          /s/ Ronald A. Conti, Jr.
                                        Debtor

Date: 12/14/17                          /s/ Stephanie A. Conti
                                        Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:
Ronald A. Conti,, Jr.
Stephanie A. Conti
   Debtors

Case No. 17-12491-ABA
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin                  Page 1 of 2                  Date Rcvd: Jan 11, 2018
                              Form ID: pdf901              Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2018.
db/jdb         Ronald A. Conti,, Jr.,    Stephanie A. Conti,    23 Cape Cod Dr,    Turnersville, NJ  08012-2505
516635813      Advocare Delgiorno Pediatrics,    535 S Black Horse Pike,    Blackwood, NJ  08012-2807
516635814      Andrew Sklar, Esquire,    Sklar Law, LLC,    1200 Laurel Oak Rd # 102,    Voorhees, NJ  08043-4317
516635816     +Asset Acceptance, LLC,    320 E Big Beaver Rd Ste 300,    Troy, MI 48083-1271
516635817      Bankamerica,    4909 Savarese Cir,    Tampa, FL  33634-2413
516635818      CAMDEN COUNTY SCP DC00122615,    101 S 5th St,    Camden, NJ  08103-4001
516635819      CAMDEN COUNTY SCP DC01537611,    101 S 5th St,    Camden, NJ  08103-4001
516635820      CAMDEN COUNTY SPECIAL DC00291912,    101 S 5th St,    Camden, NJ  08103-4001
516635822    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank USA N,     15000 Capital One Dr,
                Richmond, VA  23238-1119)
516635821      Capital One,    PO Box 30285,    Salt Lake City, UT  84130-0285
516635826      Eamonn O'Hagan,    Assistant U.S. Attorney U.S. Attorney's,     970 Broad St Dist OF,
                Newark, NJ  07102-2534
516635827      Emerg Phy Assoc of S Jersey,    101 Carnie Blvd,    Voorhees, NJ  08043-1548
516635829     +Fein, Such, Kahn & Shepard, P.C.,    7 Century Dr Ste 201,    Parsippany, NJ 07054-4673
516635830      Financial Recoveries,    200 E Park Dr,    Mount Laurel, NJ  08054-1297
516635831     +Fulton, Friedman & Gullace, LLC,    28 E Main St,    Rochester, NY 14614-1928
516635832      GLOUCESTER CTY SCP DC00082711,    1 N Broad St,    Woodbury, NJ  08096-4602
516635833      GLOUCESTER CTY SCP DC00131211,    1 N Broad St,    Woodbury, NJ  08096-4602
516635834      GLOUCESTER CTY SCP DC00693611,    1 N Broad St,    Woodbury, NJ  08096-4602
516635835      Goldman & Warshaw,    34 Maple Ave # 101,    Pine Brook, NJ  07058-9394
516635836      I C System Inc,    PO Box 64378,    Saint Paul, MN  55164-0378
516635840      KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
516635838      Kennedy Health,    500 Marlboro Ave,    Cherry Hill, NJ  08002-2020
516635839      Kennedy Health System,    500 Marlboro Ave,    Cherry Hill, NJ  08002-2020
516651631     +Kennedy Health System,    c/o Andrew Sklar, Esquire,    Sklar Law LLC,
                1200 Laurel Oak Rd, Suite 102,    Voorhees, NJ 08043-4317
516635842     +Nudelman, Klemm & Golub, P.C.,    425 Eagle Rock Ave # 4,    Roseland, NJ 07068-1787
516635843     +Nudelman, Klemm & Golub, PC,    425 Eagle Rock Ave # 4,    Roseland, NJ 07068-1787
516635844      Ocwen,    PO Box 24646,    West Palm Beach, FL  33416-4646
516712045     +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
516635845      Pinnacle LLC/Resurgent,    PO Box 10497,    Greenville, SC  29603-0497
516635846      Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ  07054-5020
516803281      The Bank of New York Mellon, et al,    c/o Bank of America, N.A.,     PO Box 31785,
                Tampa, FL 33631-3785
516635851      U S Dept of Ed/Gsl/Atl,    PO Box 4222,    Iowa City, IA  52244-4222
516950220      US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448
516635852      US Dept Ed,    PO Box 1030,    Coraopolis, PA  15108-6030
516635855      VERIZON WIRELESS,    2 Verizon Pl,    Alpharetta, GA  30004-8510
516635854      Verizon,    500 Technology Dr,    Weldon Spring, MO  63304-2225
516635853     +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                Weldon Springs, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2018 23:19:06     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2018 23:19:03     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516635812      E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 11 2018 23:19:54     06 Progressive,
                c/o Credit Coll,    PO Box 607,    Norwood, MA  02062-0607
516698151      E-mail/Text: ally@ebn.phinsolutions.com Jan 11 2018 23:18:20     Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
516865263     +E-mail/Text: bankruptcy@cavps.com Jan 11 2018 23:19:23     Cavalry SPV II, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516635824      E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 11 2018 23:19:54     Credit Coll,
                PO Box 607,    Norwood, MA  02062-0607
516635825      E-mail/Text: Bankruptcy.Consumer@dish.com Jan 11 2018 23:19:02     DISH,    9601 S Meridian Blvd,
                Englewood, CO  80112-5905
516863645      E-mail/Text: jennifer.chacon@spservicing.com Jan 11 2018 23:20:07
                Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250
516635828      E-mail/Text: bknotice@erccollections.com Jan 11 2018 23:19:09     Enhanced Recovery Co L,
                8014 Bayberry Rd,    Jacksonville, FL  32256-7412
516635837      E-mail/Text: cio.bncmail@irs.gov Jan 11 2018 23:18:32     IRS,    PO Box 7346,
                Philadelphia, PA  19101-7346
516841053     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 11 2018 23:19:03     MIDLAND FUNDING LLC,
                PO BOX 2011,    WARREN, MI 48090-2011
516635841      E-mail/Text: bankruptcydpt@mcmcg.com Jan 11 2018 23:19:03     Midland Funding, LLC,
                2365 Northside Dr # 300,    San Diego, CA  92108-2709
```

```
District/off: 0312-1           User: admin              Page 2 of 2                   Date Rcvd: Jan 11, 2018
                               Form ID: pdf901          Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516707710      E-mail/Text: bnc-quantum@quantum3group.com Jan 11 2018 23:18:55
               Quantum3 Group LLC as agent for,    Oliphant Financial LLC,    PO Box 788,
               Kirkland, WA  98083-0788
516635848      E-mail/Text: bkdepartment@rtresolutions.com Jan 11 2018 23:19:18      Real Time Resolutions,
               Attn: Bankruptcy,    PO Box 36655,    Dallas, TX  75235-1655
516635849      E-mail/Text: jennifer.chacon@spservicing.com Jan 11 2018 23:20:07
               Select Portfolio Servicing, Inc,    PO Box 65250,    Salt Lake City, UT  84165-0250
516635850      E-mail/Text: jennifer.chacon@spservicing.com Jan 11 2018 23:20:07     Select Portfolio Svcin,
               PO Box 65250,    Salt Lake City, UT  84165-0250
516677734     +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2018 23:24:52      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516635823*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:   Capital One Bank USA, NA,    15000 Capital One Dr,
               Richmond, VA  23238-1119)
516635847*    +Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516635815     ##Ars,   1801 NW 66th Ave,   Fort Lauderdale, FL  33313-4571
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2018 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2005-HE2
               bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2005-HE2, Mortgage
               Pass-Through Certificates, Series 2005-HE2 bkecf@milsteadlaw.com, alubin@milsteadlaw.com
              Brian C. Nicholas    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. SUCCESSOR BY MERGER TO BANK ONE, N.A.,
               AS INDENTURE TRUSTEE FOR CWABS MASTER TRUST, REVOLV bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Matthew C. Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com
              Ronald E. Norman    on behalf of Joint Debtor Stephanie A. Conti ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
              Ronald E. Norman    on behalf of Debtor Ronald A. Conti,, Jr. ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;rnorman@rnormanlaw.com;g14985@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```