UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of
Ronald E Norman, LLC
901 Route 168, Suite 407A
Turnersville, NJ 08012
856-374-3100
rnorman@rnormanlaw.com

| | |
|---|---|
| In Re: | Case No.:    17-12491 |
| Ronald A Conti Jr and Stephanie A Conti | Judge:    _____ABA_____ |
| | Chapter:    13 |

## CHAPTER 13 DEBTOR=S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.    ☒  Motion for Relief from the Automatic Stay filed by Select Portfolio Servicing Inc,, creditor,

A hearing has been scheduled for _6/5/18___, at __10:00 a.m._ ___.


☐  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.


☐  Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.


2.    I oppose the above matter for the following reasons (**choose one**):

☐  Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐  Payments have not been made for the following reasons and debtor proposes
repayment as follows **(explain your answer)**:

☒  Other **(explain your answer)**:

We made 2 payments that are not on the history.  We would like to try to work out a payment
arrangement.

3.      This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: 5/25/18                                    _/s/ Ronald A Conti, Jr._____
                                                 Debtor=s Signature

Date: 5/25/18__                                  /s/_Stephanie A Conti___ _____
                                                 Debtor=s Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to
Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*