Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–12491–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ronald A. Conti, Jr.<br>aka RONALD CONTI, aka RONALD CONTI JR<br>23 Cape Cod Dr<br>Turnersville, NJ 08012–2505 | Stephanie A. Conti<br>aka STEPHANIE CONTI<br>23 Cape Cod Dr<br>Turnersville, NJ 08012–2505 |

Social Security No.:
 xxx–xx–2585                              xxx–xx–8866

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:        11/29/18
Time:        02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Ronald E. Norman, Debtor's Attorney

COMMISSION OR FEES
Fee: $1,000.00

EXPENSES
Expenses: $51.23

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016–1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016–1(h)).

Dated: October 26, 2018
JAN:

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                               District of New Jersey

In re:                                                      Case No. 17-12491-ABA
Ronald A. Conti,, Jr.                                       Chapter 13
Stephanie A. Conti
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 2                  Date Rcvd: Oct 26, 2018
                               Form ID: 137             Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
db/jdb         Ronald A. Conti,, Jr.,    Stephanie A. Conti,    23 Cape Cod Dr,    Turnersville, NJ  08012-2505
516635813      Advocare Delgiorno Pediatrics,    535 S Black Horse Pike,    Blackwood, NJ  08012-2807
516635814      Andrew Sklar, Esquire,    Sklar Law, LLC,    1200 Laurel Oak Rd # 102,    Voorhees, NJ  08043-4317
516635815      Ars,   1801 NW 66th Ave,    Fort Lauderdale, FL  33313-4571
516635816     +Asset Acceptance, LLC,    320 E Big Beaver Rd Ste 300,    Troy, MI  48083-1271
516635817      Bankamerica,   4909 Savarese Cir,    Tampa, FL  33634-2413
516635818      CAMDEN COUNTY SCP DC00122615,    101 S 5th St,    Camden, NJ  08103-4001
516635819      CAMDEN COUNTY SCP DC01537611,    101 S 5th St,    Camden, NJ  08103-4001
516635820      CAMDEN COUNTY SPECIAL DC00291912,    101 S 5th St,    Camden, NJ  08103-4001
516635826      Eamonn O'Hagan,   Assistant U.S. Attorney U.S. Attorney's,    970 Broad St Dist OF,
                Newark, NJ  07102-2534
516635827      Emerg Phy Assoc of S Jersey,    101 Carnie Blvd,    Voorhees, NJ  08043-1548
516635829     +Fein, Such, Kahn & Shepard, P.C.,    7 Century Dr Ste 201,    Parsippany, NJ 07054-4673
516635830      Financial Recoveries,    200 E Park Dr,    Mount Laurel, NJ  08054-1297
516635831     +Fulton, Friedman & Gullace, LLC,    28 E Main St,    Rochester, NY  14614-1928
516635832      GLOUCESTER CTY SCP DC00082711,    1 N Broad St,    Woodbury, NJ  08096-4602
516635833      GLOUCESTER CTY SCP DC00131211,    1 N Broad St,    Woodbury, NJ  08096-4602
516635834      GLOUCESTER CTY SCP DC00693611,    1 N Broad St,    Woodbury, NJ  08096-4602
516635835      Goldman & Warshaw,    34 Maple Ave # 101,    Pine Brook, NJ  07058-9394
516635836      I C System Inc,   PO Box 64378,    Saint Paul, MN  55164-0378
516635840      KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
516635838      Kennedy Health,    500 Marlboro Ave,    Cherry Hill, NJ  08002-2020
516635839      Kennedy Health System,    500 Marlboro Ave,    Cherry Hill, NJ  08002-2020
516651631     +Kennedy Health System,    c/o Andrew Sklar, Esquire,    Sklar Law LLC,
                1200 Laurel Oak Rd, Suite 102,    Voorhees, NJ 08043-4317
516635842     +Nudelman, Klemm & Golub, P.C.,    425 Eagle Rock Ave # 4,    Roseland, NJ 07068-1787
516635843     +Nudelman, Klemm & Golub, PC,    425 Eagle Rock Ave # 4,    Roseland, NJ 07068-1787
516635844      Ocwen,   PO Box 24646,    West Palm Beach, FL  33416-4646
516712045     +Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
516635845      Pinnacle LLC/Resurgent,    PO Box 10497,    Greenville, SC  29603-0497
516635846      Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ  07054-5020
516803281      The Bank of New York Mellon, et al,    c/o Bank of America, N.A.,    PO Box 31785,
                Tampa, FL 33631-3785
516635851      U S Dept of Ed/Gsl/Atl,    PO Box 4222,    Iowa City, IA  52244-4222
516950220      US Department of Education,    P O Box 16448,    Saint Paul MN 55116-0448
516635852      US Dept Ed,   PO Box 1030,    Coraopolis, PA  15108-6030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 27 2018 00:22:57     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 27 2018 00:22:53      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516635812      E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 27 2018 00:23:53      06 Progressive,
                c/o Credit Coll,    PO Box 607,    Norwood, MA  02062-0607
516698151      E-mail/Text: ally@ebn.phinsolutions.com Oct 27 2018 00:22:09      Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
516635822      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 27 2018 00:28:46
                Capital One Bank USA N,    15000 Capital One Dr,    Richmond, VA  23238-1119
516635823      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 27 2018 00:28:46
                Capital One Bank USA, NA,    15000 Capital One Dr,    Richmond, VA  23238-1119
516635821      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 27 2018 00:28:19      Capital One,
                PO Box 30285,    Salt Lake City, UT  84130-0285
516865263     +E-mail/Text: bankruptcy@cavps.com Oct 27 2018 00:23:17      Cavalry SPV II, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516635824      E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 27 2018 00:23:53      Credit Coll,
                PO Box 607,    Norwood, MA  02062-0607
516635825      E-mail/Text: Bankruptcy.Consumer@dish.com Oct 27 2018 00:22:52      DISH,   9601 S Meridian Blvd,
                Englewood, CO 80112-5905
516863645      E-mail/Text: jennifer.chacon@spservicing.com Oct 27 2018 00:24:14
                Deutsche Bank National Trust Company,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250
516635828      E-mail/Text: bknotice@ercbpo.com Oct 27 2018 00:23:01      Enhanced Recovery Co L,
                8014 Bayberry Rd,    Jacksonville, FL  32256-7412
516635837      E-mail/Text: cio.bncmail@irs.gov Oct 27 2018 00:22:24     IRS,   PO Box 7346,
                Philadelphia, PA  19101-7346
516841053     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 27 2018 00:22:52      MIDLAND FUNDING LLC,
                PO BOX 2011,    WARREN, MI 48090-2011
516635841      E-mail/Text: bankruptcydpt@mcmcg.com Oct 27 2018 00:22:52      Midland Funding, LLC,
                2365 Northside Dr # 300,    San Diego, CA  92108-2709
```

```
District/off: 0312-1          User: admin              Page 2 of 2                Date Rcvd: Oct 26, 2018
                              Form ID: 137             Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516707710      E-mail/Text: bnc-quantum@quantum3group.com Oct 27 2018 00:22:45
               Quantum3 Group LLC as agent for,   Oliphant Financial LLC,   PO Box 788,
               Kirkland, WA  98083-0788
516635848      E-mail/Text: bkdepartment@rtresolutions.com Oct 27 2018 00:23:09      Real Time Resolutions,
               Attn: Bankruptcy,   PO Box 36655,   Dallas, TX  75235-1655
516635849      E-mail/Text: jennifer.chacon@spservicing.com Oct 27 2018 00:24:14
               Select Portfolio Servicing, Inc,   PO Box 65250,   Salt Lake City, UT  84165-0250
516635850      E-mail/Text: jennifer.chacon@spservicing.com Oct 27 2018 00:24:14      Select Portfolio Svcin,
               PO Box 65250,   Salt Lake City, UT  84165-0250
516677734     +E-mail/PDF: gecsedi@recoverycorp.com Oct 27 2018 00:28:43      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
516635855      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 27 2018 00:22:00
               VERIZON WIRELESS,   2 Verizon Pl,   Alpharetta, GA  30004-8510
516635853     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 27 2018 00:22:00
               Verizon,    Verizon Wireless Bankruptcy Administrati,   500 Tecnolgy Dr Ste 500,
               Weldon Springs, MO 63304-2225
516635854      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 27 2018 00:22:00
               Verizon,   500 Technology Dr,   Weldon Spring, MO  63304-2225
                                                                                               TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516635847*    +Pressler and Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2005-HE2
               bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2005-HE2, Mortgage
               Pass-Through Certificates, Series 2005-HE2 bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as Servicing Agent for
               Deutsche Bank National Trust Company, as Trustee bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Brian C. Nicholas    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A. SUCCESSOR BY MERGER TO BANK ONE, N.A.,
               AS INDENTURE TRUSTEE FOR CWABS MASTER TRUST, REVOLV bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Matthew C. Waldt    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com
              Ronald E. Norman    on behalf of Joint Debtor Stephanie A. Conti ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              Ronald E. Norman    on behalf of Debtor Ronald A. Conti,, Jr. ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 10
```