Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–12491–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ronald A. Conti, Jr.
aka RONALD CONTI, aka RONALD CONTI JR
23 Cape Cod Dr
Turnersville, NJ 08012–2505

Stephanie A. Conti
aka STEPHANIE CONTI
23 Cape Cod Dr
Turnersville, NJ 08012–2505

Social Security No.:
  xxx–xx–2585                                     xxx–xx–8866

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:         January 15, 2021
Time:         09:00 AM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*46* – Certification in Opposition to (related document:45 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 11/19/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Ronald E. Norman on behalf of Stephanie A. Conti, Ronald A. Conti, Jr.. (Norman, Ronald)

and transact such other business as may properly come before the meeting.


Dated: November 19, 2020
JAN: jpl

                                                          Jeanne Naughton
                                                          Clerk