| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Law Office of Ronald E. Norman, LLC<br>Washington Professional Campus, II<br>901 Route 168, Suite 407A<br>Turnersville, NJ 08012<br>(856)374-3100 | Order Filed on March 8, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Ronald A. Conti, Jr. and Stephanie A. Conti | Case No: 17-12491<br>Chapter: 13<br>Hearing Date: _____<br>Judge: ABA |

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☐ MORTGAGE  ☑ LIEN  ☐ OTHER (specify) _____

Recommended Local Form:  ☑ Followed  ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 8, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER**: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL EFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address)  23 Cape Cod Drive
   Turnersville, NJ 08012-2505

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder:  Midland Funding LLC (DC-015376-11)
   b. Current Assignee:  N/A
   c. Current Servicer:  N/A
   d. Date of Mortgage/Lien:  09/07/2011
   e. Date of Recordation:  09/07/2011
   f. Place of Recordation:  Superior Court of Camden County (DC-015376-11)
      i. Mortgage Book: _____
      ii. Page: _____
   g. Original Principal Balance of Mortgage/Lien: $ 608.84

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*new.4/24/14*

United States Bankruptcy Court

District of New Jersey

In re:  
Ronald A. Conti,, Jr.  
Stephanie A. Conti  
    Debtors

Case No. 17-12491-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 08, 2022 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2022:**

**Recip ID**     **Recipient Name and Address**  
db/jdb     Ronald A. Conti,, Jr., Stephanie A. Conti, 23 Cape Cod Dr, Turnersville, NJ 08012-2505

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2022          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2022 at the address(es) listed below:**

**Name**     **Email Address**

Andrew M. Lubin  
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2005-HE2, Mortgage Pass-Through Certificates, Series 2005-HE2 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com

Andrew M. Lubin  
    on behalf of Creditor Select Portfolio Servicing Inc. as Servicing Agent for Deutsche Bank National Trust Company, as Trustee nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com

Andrew M. Lubin  
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2005-HE2 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com

Brian C. Nicholas  
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK N.A. SUCCESSOR BY MERGER TO BANK ONE, N.A., AS INDENTURE TRUSTEE FOR CWABS MASTER TRUST, REVOLV bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon  
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK N.A. SUCCESSOR BY MERGER TO BANK ONE, N.A., AS INDENTURE

Case 17-12491-ABA    Doc 73    Filed 03/10/22    Entered 03/11/22 00:12:27    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 08, 2022 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | TRUSTEE FOR CWABS MASTER TRUST, REVOLV dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Matthew C. Waldt | on behalf of Creditor Select Portfolio Servicing  Inc. mwaldt@milsteadlaw.com |
| Ronald E. Norman | on behalf of Joint Debtor Stephanie A. Conti rnorman@rnormanlaw.com  ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com |
| Ronald E. Norman | on behalf of Debtor Ronald A. Conti , Jr. rnorman@rnormanlaw.com, ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11