Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  17−12491−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ronald A. Conti, Jr.                          Stephanie A. Conti
aka RONALD CONTI, aka RONALD     aka STEPHANIE CONTI
CONTI JR                                       23 Cape Cod Dr
23 Cape Cod Dr                             Turnersville, NJ 08012−2505
Turnersville, NJ 08012−2505

Social Security No.:
   xxx−xx−2585                                          xxx−xx−8866

Employer's Tax I.D. No.:

_____

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after May 9, 2022 for the reason(s) indicated below.

☑ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: April 8, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 17-12491-ABA

Ronald A. Conti,, Jr.                                                                    Chapter 13

Stephanie A. Conti

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 08, 2022 | Form ID: clsnodsc | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Ronald A. Conti,, Jr., Stephanie A. Conti, 23 Cape Cod Dr, Turnersville, NJ 08012-2505 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | | |
| | | | Apr 08 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |
| | | | Apr 08 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022                         Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | |
| | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2005-HE2 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | |

|  |  |
|---|---|
|  | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2005-HE2, Mortgage Pass-Through Certificates, Series 2005-HE2 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Andrew M. Lubin |  |
|  | on behalf of Creditor Select Portfolio Servicing  Inc. as Servicing Agent for Deutsche Bank National Trust Company, as Trustee nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Brian C. Nicholas |  |
|  | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A. SUCCESSOR BY MERGER TO BANK ONE, N.A., AS INDENTURE TRUSTEE FOR CWABS MASTER TRUST, REVOLV bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon |  |
|  | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A. SUCCESSOR BY MERGER TO BANK ONE, N.A., AS INDENTURE TRUSTEE FOR CWABS MASTER TRUST, REVOLV dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa |  |
|  | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa |  |
|  | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Matthew C. Waldt |  |
|  | on behalf of Creditor Select Portfolio Servicing  Inc. mwaldt@milsteadlaw.com |
| Michael J. Milstead |  |
|  | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee michael@milsteadlaw.com |
| Ronald E. Norman |  |
|  | on behalf of Debtor Ronald A. Conti , Jr. rnorman@rnormanlaw.com, ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com |
| Ronald E. Norman |  |
|  | on behalf of Joint Debtor Stephanie A. Conti rnorman@rnormanlaw.com ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com |
| U.S. Trustee |  |
|  | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12