**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ronald A. Conti, Jr. | Social Security number or ITIN  xxx–xx–2585 |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Stephanie A. Conti | Social Security number or ITIN  xxx–xx–8866 |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    17–12491–ABA

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ronald A. Conti, Jr.  
aka RONALD CONTI, aka RONALD CONTI JR

Stephanie A. Conti  
aka STEPHANIE CONTI

5/4/22

**By the court:** Andrew B. Altenburg Jr.  
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-12491-ABA |
| Ronald A. Conti,, Jr. | Chapter 13 |
| Stephanie A. Conti | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: May 04, 2022 | Form ID: 3180W | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Ronald A. Conti,, Jr., Stephanie A. Conti, 23 Cape Cod Dr, Turnersville, NJ 08012-2505 |
| 516635813 | | Advocare Delgiorno Pediatrics, 535 S Black Horse Pike, Blackwood, NJ 08012-2807 |
| 516635815 | | Ars, 1801 NW 66th Ave, Fort Lauderdale, FL 33313-4571 |
| 516635818 | | CAMDEN COUNTY SCP DC00122615, 101 S 5th St, Camden, NJ 08103-4001 |
| 516635819 | | CAMDEN COUNTY SCP DC01537611, 101 S 5th St, Camden, NJ 08103-4001 |
| 516635820 | | CAMDEN COUNTY SPECIAL DC00291912, 101 S 5th St, Camden, NJ 08103-4001 |
| 516635826 | | Eamonn O'Hagan, Assistant U.S. Attorney U.S. Attorney's, 970 Broad St Dist OF, Newark, NJ 07102-2534 |
| 516635827 | | Emerg Phy Assoc of S Jersey, 101 Carnie Blvd, Voorhees, NJ 08043-1548 |
| 516635830 | | Financial Recoveries, 200 E Park Dr, Mount Laurel, NJ 08054-1297 |
| 516635831 | + | Fulton, Friedman & Gullace, LLC, 28 E Main St, Rochester, NY 14614-1928 |
| 516635832 | | GLOUCESTER CTY SCP DC00082711, 1 N Broad St, Woodbury, NJ 08096-4602 |
| 516635833 | | GLOUCESTER CTY SCP DC00131211, 1 N Broad St, Woodbury, NJ 08096-4602 |
| 516635834 | | GLOUCESTER CTY SCP DC00693611, 1 N Broad St, Woodbury, NJ 08096-4602 |
| 516635835 | ++++ | GOLDMAN & WARSHAW, 34 MAPLE AVE STE 101, PINE BROOK NJ 07058-9394 address filed with court:, Goldman & Warshaw, 34 Maple Ave # 101, Pine Brook, NJ 07058-9394 |
| 516635838 | | Kennedy Health, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 516635839 | | Kennedy Health System, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 516635842 | | Nudelman, Klemm & Golub, P.C., 425 Eagle Rock Ave # 4, Roseland, NJ 07068-1717 |
| 516635843 | | Nudelman, Klemm & Golub, PC, 425 Eagle Rock Ave # 4, Roseland, NJ 07068-1717 |
| 516635844 | | Ocwen, PO Box 24646, West Palm Beach, FL 33416-4646 |
| 516635845 | | Pinnacle LLC/Resurgent, PO Box 10497, Greenville, SC 29603-0497 |
| 516635852 | | US Dept Ed, PO Box 1030, Coraopolis, PA 15108-6030 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 04 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 04 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516635812 | | EDI: CCS.COM | May 05 2022 02:18:00 | 06 Progressive, c/o Credit Coll, PO Box 607, Norwood, MA 02062-0607 |
| 516698151 | | EDI: GMACFS.COM | May 05 2022 02:18:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 516635816 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | | |

Case 17-12491-ABA    Doc 82    Filed 05/06/22    Entered 05/07/22 00:14:50    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 04, 2022 | Form ID: 3180W | Total Noticed: 53 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | May 04 2022 20:35:00 | Asset Acceptance, LLC, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 516635817 | EDI: BANKAMER.COM | May 05 2022 02:18:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 516635822 | EDI: CAPITALONE.COM | May 05 2022 02:18:00 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 516635823 | EDI: CAPITALONE.COM | May 05 2022 02:18:00 | Capital One Bank USA, NA, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 516635821 | EDI: CAPITALONE.COM | May 05 2022 02:18:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516865263 | + Email/Text: bankruptcy@cavps.com | May 04 2022 20:35:00 | Cavalry SPV II, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516635824 | EDI: CCS.COM | May 05 2022 02:18:00 | Credit Coll, PO Box 607, Norwood, MA 02062-0607 |
| 516635825 | EDI: ESSL.COM | May 05 2022 02:18:00 | DISH, 9601 S Meridian Blvd, Englewood, CO 80112-5905 |
| 516863645 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 04 2022 20:35:00 | Deutsche Bank National Trust Company, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 516635828 | Email/Text: bknotice@ercbpo.com | May 04 2022 20:35:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 516635829 | + Email/Text: ecourts.col_efilings@fskslaw.com | May 04 2022 20:34:00 | Fein, Such, Kahn & Shepard, P.C., 7 Century Dr Ste 201, Parsippany, NJ 07054-4673 |
| 516635836 | EDI: IIC9.COM | May 05 2022 02:18:00 | I C System Inc, PO Box 64378, Saint Paul, MN 55164-0378 |
| 516635837 | EDI: IRS.COM | May 05 2022 02:18:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516841053 | + Email/Text: bankruptcydpt@mcmcg.com | May 04 2022 20:35:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516635841 | + Email/Text: bankruptcydpt@mcmcg.com | May 04 2022 20:35:00 | Midland Funding, LLC, 2365 Northside Dr # 300, San Diego, CA 92108-2710 |
| 516635846 | Email/Text: signed.order@pfwattorneys.com | May 04 2022 20:34:00 | Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 516712045 | + Email/PDF: resurgentbknotifications@resurgent.com | May 04 2022 20:40:32 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516707710 | EDI: Q3G.COM | May 05 2022 02:18:00 | Quantum3 Group LLC as agent for, Oliphant Financial LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516635848 | Email/Text: bkdepartment@rtresolutions.com | May 04 2022 20:35:00 | Real Time Resolutions, Attn: Bankruptcy, PO Box 36655, Dallas, TX 75235-1655 |
| 516635849 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 04 2022 20:35:00 | Select Portfolio Servicing, Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 516635850 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 04 2022 20:35:00 | Select Portfolio Svcin, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 516677734 | + EDI: RMSC.COM | May 05 2022 02:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516803281 | EDI: BANKAMER.COM | May 05 2022 02:18:00 | The Bank of New York Mellon, et al, c/o Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 516635851 | Email/Text: edbknotices@ecmc.org | May 04 2022 20:34:00 | U S Dept of Ed/Gsl/Atl, PO Box 4222, Iowa City, IA 52244-4222 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 04, 2022 | Form ID: 3180W | Total Noticed: 53 |

| 516950220 | Email/Text: EDBKNotices@ecmc.org | | |
| | | May 04 2022 20:34:00 | US Department of Education, P O Box 16448, Saint Paul MN 55116-0448 |
| 516635855 | EDI: VERIZONCOMB.COM | | |
| | | May 05 2022 02:18:00 | VERIZON WIRELESS, 2 Verizon Pl, Alpharetta, GA 30004-8510 |
| 516635854 | EDI: VERIZONCOMB.COM | | |
| | | May 05 2022 02:18:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 516635853 | + EDI: VERIZONCOMB.COM | | |
| | | May 05 2022 02:18:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516635847 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler and Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 516635814 | ## | Andrew Sklar, Esquire, Sklar Law, LLC, 1200 Laurel Oak Rd # 102, Voorhees, NJ 08043-4317 |
| 516635840 | ## | KML Law Group, P.C., 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 516651631 | ##+ | Kennedy Health System, c/o Andrew Sklar, Esquire, Sklar Law LLC, 1200 Laurel Oak Rd, Suite 102, Voorhees, NJ 08043-4317 |

TOTAL: 0 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2022        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2005-HE2 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2005-HE2, Mortgage Pass-Through Certificates, Series 2005-HE2 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor Select Portfolio Servicing  Inc. as Servicing Agent for Deutsche Bank National Trust Company, as Trustee nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Brian C. Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A. SUCCESSOR BY MERGER TO BANK ONE, N.A., AS INDENTURE TRUSTEE FOR CWABS MASTER TRUST, REVOLV bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A. SUCCESSOR BY MERGER TO BANK ONE, N.A., AS INDENTURE |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 04, 2022 | Form ID: 3180W | Total Noticed: 53 |

TRUSTEE FOR CWABS MASTER TRUST, REVOLV dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
  ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
  on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Matthew C. Waldt
  on behalf of Creditor Select Portfolio Servicing  Inc. mwaldt@milsteadlaw.com

Michael J. Milstead
  on behalf of Creditor Deutsche Bank National Trust Company  as Trustee michael@milsteadlaw.com

Ronald E. Norman
  on behalf of Joint Debtor Stephanie A. Conti rnorman@rnormanlaw.com
  ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com

Ronald E. Norman
  on behalf of Debtor Ronald A. Conti , Jr. rnorman@rnormanlaw.com,
  ekonecsny@rnormanlaw.com;dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com

U.S. Trustee
  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12